FILED

Oct 20  9 52 AM '03

UNITED STATES DISTRICT COURT
DISTRICT COURT
NEW HAVEN, CONN.

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN SZEKERES and<br>DENISE MILLER | :<br>: CIVIL ACTION NO.<br>: 3:01CV2099(MRK) |
| VS. | :<br>: |
| DENISE C. SCHAEFFER,<br>JOYCE SZEKERES and<br>STEPHANIE ANN DRIDI | :<br>: OCTOBER 20, 2003<br>: |

### APPEARANCE

To:  United States District Court
     Office of the Clerk
     141 Church Street
     New Haven, CT 06510

Please enter my Appearance in the above-entitled action as Counsel for **Defendant, Joyce Szekeres,** in addition to the appearance of any other counsel of record for said defendant.

Dated at Hartford this 20th day of October, 2003.

_____
MELISSA GEETTER MELNICK
Fed. Bar No. ct18807
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
(860) 525-5361

GORDON, MUIR AND FOLEY, LLP, Attorneys at Law, Hartford Square North, Ten Columbus Boulevard, Hartford, CT 06106-1976
Telephone (860) 525-5361          Facsimile (860) 525-4849          Juris No. 24029

## CERTIFICATION

This is to certify that a copy of the foregoing was hand-delivered to the following counsel of record on October 20, 2003:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

William J. Melley, III, Esq.
Kenny, Brimmer, Melley & Mahoney
5 Grand Street
Hartford, CT 06106

Zbigniew S. Rozbicki, Esq.
Rozbicki & Associates
100 East Main Street
Torrington, CT 06790

United States District Court
Office of the Clerk
141 Church Street
New Haven, CT 06510

MELISSA GEETTER MELNICK

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361        FACSIMILE (860) 525-4849        JURIS No. 24029