UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN SZEKERES, ET AL. : | **Lead Docket Number** |
| VS. : | 3:01CV2099 (MRK) |
| DENISE C. SCHAEFFER, ET AL. : | |
| STEVEN SZEKERES, ET AL. : | Member Case |
| VS. : | 3:01CV2108(MRK) |
| PETER HOWARD, ET AL. : | OCTOBER 21, 2003 |

### SUPPLEMENTARY LOCAL RULE 56(a)2 STATEMENT

The plaintiff respectfully submits this supplementary statement of material facts relevant to the pending defense motions for summary judgment:

1. Denise Schaeffer telephoned Joyce Szekeres and identified herself as a victim's advocate. (Joyce Szekeres deposition transcript, p. 23)

2. Denise Schaeffer explained to Ms. Szekeres that she worked with the court. (Ibid.)

3. Denise Schaeffer stated that she would go to court with Ms. Szekeres and help her through the court process. (Ibid.)

4. Denise Schaeffer told Ms. Szekeres that possession of handguns by the plaintiff was reportable and that the guns could be removed from his home. (Id. p. 24)

5. Denise Schaeffer told Ms. Szekeres that she would be in touch with the detectives in Monroe and that they would remove the guns from the plaintiff's house. (Ibid.)

6. Subsequently, Lt. Halpin of the Monroe Police Department informed Ms. Szekeres that Denise Schaeffer had called him and told him that he had to issue a search warrant for the plaintiff's home. (Id. p. 25)

7. Lt. Halpin was upset that Denise Schaeffer had so much influence over the Monroe Police Department that she could force him to conduct a search he did not want to conduct. (Id. p. 26)

THE PLAINTIFFS

JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
TELEPHONE: 203.562.9931
FAX: 203.776.9494
E-MAIL: jrw@johnrwilliams.com
Attorney for Plaintiffs

## CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to William J. Melley, III, Esq., 250 Hudson Street, Hartford, CT 06106; John F. McKenna, Esq., 68 South Main Street, West Hartford, CT 06107; Michael C. Conroy, Esq., Gordon, Muir and Foley, LLP, Ten Columbus Boulevard, Hartford, CT 06106-1976; Zbigniew S. Rozbicki, Esq., P. O. Box 419, Torrington, CT 06790; and Michael C. Deakin, Esq., Law Offices of Peter D. Clark, 525 Bridgeport Avenue, Shelton, CT 06484.

JOHN R. WILLIAMS

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
                          for the
 2                 DISTRICT OF CONNECTICUT
 3
     - - - - - - - - - - - - - - - - -X
 4
     STEVEN SZEKERES, et al.           ORIGINAL
 5
              v.                       3:01CV2099(MRK)
 6
     DENISE C. SCHAEFFER, et al.
 7
     - - - - - - - - - - - - - - - - -X
 8
 9   STEVEN SZEKERES, et al.
10            v.                       3:01CV2108(MRK)
11   PETER HOWARD, et al.
12   - - - - - - - - - - - - - - - - -X
13
14
15                  D E P O S I T I O N
16            The deposition of JOYCE SZEKERES was taken
17   pursuant to notice at the law offices of Williams and
18   Pattis, LLC, 51 Elm Street, New Haven, Connecticut,
19   before Viktoria V. Stockmal, license #00251, a notary
20   public in and for the State of Connecticut, on Monday,
21   September 29, 2003, at 4:04 p.m.
22
23
24
25
```

SANDERS, GALE & RUSSELL
(203) 624-4157

Page 2

```
 1    A P P E A R A N C E S:
 2         ATTORNEYS FOR THE PLAINTIFFS:
 3              WILLIAMS AND PATTIS, LLC
                51 Elm Street
 4              New Haven, CT 06510
 5         BY:  JOHN R. WILLIAMS, ESQ.
 6
           ATTORNEYS FOR STEPHANIE & CHAKER DRIDI:
 7
                LAW OFFICES OF WILLIAM J. MELLEY, III
 8              250 Hudson Street
                Hartford, CT 06106
 9
           BY:  WILLIAM J. MELLEY, III, ESQ.
10
           ATTORNEYS FOR PETER HOWARD & MARK CAULFIELD:
11
12              LAW OFFICE OF PETER D. CLARK
                525 Bridgeport Ave.
13              Shelton, CT 06484
14         BY:  MICHAEL C. DEAKIN, ESQ.
15
           ATTORNEYS FOR DENISE SCHAEFFER:
16
                JOHN F. McKENNA, ESQ.
17              68 South Main Street
                West Hartford, CT 06107
18
           ATTORNEYS FOR JOYCE SZEKERES:
19
                ZBIGNIEW S. ROZBICKI, ESQ.
20              P.O. Box 419
                100 East Main Street
21              Torrington, CT 06790
22         Also Present:
23              Chaker Dridi
                Steven Szekeres
24
25
```

Page 3

1          MR. WILLIAMS:  Stips, gentlemen?
2          MR. ROZBICKI:  Reading, signing.
3          MR. McKENNA:  We can't do that.  We
4  don't have enough time.
5          MR. MELLEY:  For what?
6          MR. McKENNA:  For read and sign.
7          MR. MELLEY:  Yeah, you do.
8          MR. McKENNA:  Well, the argument is
9  the 29th.
10         MR. ROZBICKI:  We will communicate
11 immediately if there's anything dramatic in there.
12 Will that suit you okay?
13         MR. McKENNA:  Sure.
14
15 J O Y C E  A.  S Z E K E R E S
16 32515 Scenic Hills Drive, Mt. Dora, Florida, 32757,
17              called as a witness, having been
18              first duly sworn by Viktoria V. Stockmal, a
19              Notary Public in and for the State of
20              Connecticut, was examined and testified as
21              follows:
22 DIRECT EXAMINATION
23 BY MR. WILLIAMS:
24     Q    Ma'am, would you tell us, please, your date
25 and place of birth?

SANDERS, GALE & RUSSELL
(203) 624-4157

```
 1     A     No, sir, I did not.
 2     Q     Did you meet with Ms. Schaeffer more than
 3  once?
 4     A     On the -- I've had contact with her more
 5  than once on the phone.
 6     Q     Did you have any phone contact with her
 7  before the day that you met her at the courthouse?
 8     A     Yes.  I believe so.
 9           But don't ask me what, when or the date.
10     Q     But did you call her or did she call you?
11     A     I never called Denise Schaeffer.
12     Q     So she called you?
13     A     Yes.  She identified herself as a victim's
14  advocate because of the assault.  And I was very grateful
15  for her support.  She offered emotional support to me.
16     Q     Did she explain that she worked with the
17  court?
18     A     Yes.
19     Q     Now aside from offering you emotional
20  support, did she explain to you any other services that
21  she might be able to provide?
22     A     She said she would go to court with me and
23  help me through the court process because I was very
24  nervous.
25     Q     Now did you ask Ms. Schaeffer to do anything
```

Page 24

1  for you other than be there with you?
2      A    Yes. We were concerned about the handguns
3  that Steven owned and had in the house in Monroe and we
4  were afraid that he would become -- when he's so
5  agitated, I was very afraid that he would hurt himself or
6  hurt us.
7      Q    So you explained that to her?
8      A    Yes.
9      Q    And you asked her to do something about
10 that?
11     A    I think she told me that that was reportable
12 and the guns could be removed from the home because of
13 the assault. And he had a Magnum and he had a rifle, a
14 hunting rifle, and I think he had a bb gun. But that
15 Magnum 357 is the one that frightened me the most and
16 that hunting rifle.
17     Q    Now that conversation with Ms. Schaeffer,
18 was that on the phone or in person?
19     A    No, that was on the phone, I believe.
20     Q    You asked her to do something about that?
21     A    Yes. And she told me that she would be in
22 touch with the detectives down in Monroe and that they
23 would remove the guns from the house.
24     Q    Okay. She assured you that she could
25 accomplish that for you?

Page 25

1    A     She could help me with that, yes.
2    Q     Then did you hear back from her concerning
3    that matter after you had had that conversation?
4    A     No, I heard back from Lieutenant Halpin from
5    the Monroe Police Department.
6    Q     Did he telephone you?
7    A     Yes, he did. And he was very, very angry.
8    He said that Denise Schaeffer had called him and told him
9    that he had to issue a search warrant for the house at 39
10   Hillside Lane and he didn't appreciate the court
11   interfering with him. I had told him that Steven had put
12   that gun in his mouth on several occasions and threatened
13   to blow his brains out in my family room and until --
14   wouldn't stop harassing me until I was hysterical sobbing
15   that he please not hurt himself. And he said to me --
16   Halpin said to me, well, he said he was just -- he was
17   just trying to get attention. No, I said that's not an
18   attention getting -- that's a suicide gesture.
19          I mean this Halpin is a jackass, in plain
20   English, telling me well Steven -- no, no, he was just
21   trying to get attention. As soon as you gave in and let
22   him have his way about whatever the incident was, that
23   that was all that was going to amount to. And I told him
24   he had done that several times. Not just this time. He
25   had done that several times when we were in the home

Page 26

1  together. As soon as I did not give in to whatever his
2  demands were, he would go into a rage, he would fly into
3  a rage and before I knew it, that gun was produced, it
4  was put in his mouth, he even chambered bullets once in
5  front of me. And I would sit there absolutely
6  hysterical.
7      Q    And you explained all of that to
8  Mr. Halpin -- Lieutenant Halpin?
9      A    He said he's just a kid trying to get his
10 way. With being dead.
11     Q    Now did Lieutenant -- did Detective Halpin
12 tell you, after you explained those things to him, what,
13 if anything, he would do?
14     A    Well, I guess he wanted to -- he had to
15 comply with that court thing that Denise Schaeffer was
16 insisting on and he was very, very annoyed and angry with
17 me that somehow Denise Schaeffer had this influence over
18 the Monroe Police Department and he did not want to go
19 out and search the house. And I said he'll never find
20 anything. My son is not stupid. He knows exactly how to
21 make things disappear. So I don't know. I think what
22 Steven did was turn it in. I don't know if the police
23 department contacted him, but he turned in something. He
24 didn't turn in the Magnum, but he turned in something
25 else. And then his father-in-law signed for the rifle,

SANDERS, GALE & RUSSELL
(203) 624-4157

```
 1                        CERTIFICATE

 2    STATE OF CONNECTICUT  )
                            )    SS    NEWTOWN
 3    COUNTY OF FAIRFIELD   )

 4

 5

 6            I, VIKTORIA V. STOCKMAL, a Notary Public duly
      commissioned and qualified in and for the county of New
 7    Haven, State of Connecticut, do hereby certify that
      pursuant to the notice of deposition, the said witness
 8    came before me at the aforementioned time and place and
      was duly sworn by me to testify to the truth and nothing
 9    but the truth of his/her knowledge touching and concerning
      the matters in controversy in this cause; and his/her
10    testimony reduced to writing under my supervision; and
      that the deposition is a true record of the testimony
11    given by the witness.

12            I further certify that I am neither attorney of
      nor counsel for, nor related to or employed by any of the
13    parties to the action in which this deposition is taken,
      and further that I am not a relative or employee of any
14    attorney or counsel employed by the parties thereto, or
      financially interested in the action.
15
              IN WITNESS WHEREOF, I have hereunto set my hand
16    and affixed my notarial seal this ____ day of
      _____October_____, 2003.
17

18                  _____
19                  VIKTORIA V. STOCKMAL, RMR, CRR
                              Notary Public
20                         CSR License #00251

21    My commission expires October, 2005.

22

23

24

25

                         SANDERS, GALE & RUSSELL
```