UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| STEVEN SZEKERES and<br>DENISE MILLER | : | | |
| | : | | |
| Plaintiffs | : | NO. | 3:01 CV 2099 (MRK)<br>3:01 CV 2108 (MRK) |
| v. | : | | |
| DENISE C. SCHAEFFER,<br>JOYCE SZEKERES and<br>STEPHANIE ANN DRIDI | : | | |
| Defendants | : | | |
| STEVEN SZEKERES<br>DENISE MILLER | : | | |
| Plaintiffs | : | | |
| v. | : | | |
| PETER HOWARD, et al | : | | |
| Defendants | : | | |

## ORDER

The parties having appeared before the Court on October 27, 2003 to present oral arguments on the pending motions in the above-captioned consolidated cases, the following is ordered:

1) By November 3, 2003, Denise C. Schaeffer, defendant in Docket # 01cv2099, shall file a second amended Local Rule 56(a) statement, and any necessary supplemental affidavits or evidence, addressing the issue of whether defendant Schaeffer knew or had reason to believe that any of the information she received from Joyce Szekeres

1

and then provided to Monroe Police regarding plaintiff Steven Szekeres was false. By November 10, 2003, the plaintiffs in Docket # 01cv2099 shall file a response to the second amended Local Rule 56(a) statement along with any accompanying affidavits or evidence;

2) By November 10, 2003, Officers Howard and Caulfield, defendants in Docket # 01cv2108, shall file with the Court a complete copy of the police report, including all exhibits and witness statements, that they prepared and provided to prosecutors in connection with the decision to prosecute Steven Szekeres with disorderly conduct arising from the incident on February 1, 2000. The plaintiffs in Docket # 01cv2108 will have until November 17, 2003 to file a response, if any, to the documents submitted by defendants Howard and Caulfield;

3) By November 3, 2003, defendants Joyce Szekeres, Stephanie Ann Dridi and Chaker Dridi, shall submit to the Court, as an amended supplemental filing, a copy of the current complaint in the Connecticut Superior Court, Housing Division, involving Steven Szekeres, Joyce Szekeres and/or other parties to the above-captioned actions;

4) By November 17, 2003, plaintiff Denise Miller shall provide the defendants in each of the above-captioned cases with a letter from her physician addressing her fitness to attend a deposition in these cases;

5) Defendant Denise C. Schaeffer's Motion for Summary Judgment in Docket # 01cv2090 [doc. #36] is DENIED as moot.

IT IS SO ORDERED.

/s/    Mark R. Kravitz
         U.S.D.J.

Dated at New Haven, Connecticut: <u>October 28, 2003</u>