

FILED
Oct 30  4 09 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

```
*******************************
STEVEN SZEKERES and            *
DENISE MILLER                  *
                               *   LEAD DOCKET NO.
       Plaintiffs              *   CIVIL NO. 3:01CV2099 (MRK)
                               *
vs.                            *
                               *
DENISE C. SCHAEFFER, ET AL     *
                               *
       Defendants              *
*******************************

*******************************
STEVEN SZEKERES and            *
DENISE MILLER                  *
                               *   MEMBER CASE
       Plaintiffs              *   CIVIL NO. 3:01CV02108 (MRK)
                               *
vs.                            *
                               *
PETER HOWARD, CHAKER DRIDI and *
STEPHANIE ANN DRIDI            *
                               *
       Defendants              *   OCTOBER 28, 2003
*******************************
```

### SUPPLEMENT TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The defendants, Peter Howard and Mark Caulfield, hereby supplement their Motion for Summary Judgment dated January 2, 2003, and their Reply Memorandum of Law dated September 30, 2003, by attaching the incident report of February 1, 2000 relating to the arrest of the plaintiff, Steven (Szekeres) Miller.

The incident report of February 1, 2000, is attached hereto and marked as **Exhibit G** and may be attached to the defendants' original Motion for Summary Judgment. The defendants respectfully submit that their affidavits attached to the original Motion for Summary Judgment, which provide the factual basis for the Defendants' Local Rule 9(c)1 Statement, are taken from the incident report.

WHEREFORE, and for all foregoing reasons, the defendants respectfully submit this supplemental to their Motion for Summary Judgment.

```
                                    THE DEFENDANTS
                                    PETER HOWARD
                                    MARK CAULFIELD

                                    BY: _____
                                    MICHAEL C. DEAKIN
                                    Law Offices of Peter D. Clark
                                    525 Bridgeport Avenue
                                    Shelton, CT  06484
                                    Telephone:  203/925-9688
                                    Federal Bar No: ct06814
```

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed on the date hereon to:

John R. Williams, Esquire
Williams & Pattis
51 Elm Street
New Haven, CT 06510

William J. Melley, III, Esquire
Kenny, Brimmer, Melley & Mahoney
5 Grand Street
Hartford, CT 06106

2

Zbigniew S. Rozbicki
Attorney At Law
P.O. Box 419
Torrington, CT 06790

Michael C. Conroy, Esq.
Gordon, Muir & Foley
10 Columbus Blvd.
Hartford, CT 06106-5123

John M. McKenna, Esq.
Goodman, Rosenthal & McKenna
68 South Main Street
West Hartford, CT 06107-2445

_____
MICHAEL C. DEAKIN

# Monroe Police Department

## CASE/INCIDENT REPORT

Page 1 of 2
SUPPLEMENTARY

| COMPLAINT NO. | INCIDENT DATE/DAY | TIME | DATE OF REPORT | TIME OF REPORT | TYPE OF INCIDENT | INCIDENT CODE | INVESTIGATING OFFICER | BADGE NO | DIVISION | TYPIST | DATE TYPED | TIME TYPED | UNIT ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00000002463 | 2/1/00  3 | 18:01 | 02-01-2000 | 21:45 | GENERAL COMPLAINT | 071 | HOWARD, PETER | 045 | Support Services | PHOWARD | 02/01/2000 | 20:52 | |

| STREET NO. | STREET NAME AND TYPE | APARTMENT NO / LOCATION | TOWN CODE | INTERSECTING STREET NAME AND TYPE | REFERRALS |
|---|---|---|---|---|---|
| 00039 | Hillside La | | 085 | | |

Status Code C=Complainant V=Victim A=Arrestee J=Juvenile H=Other M=Missing W=Witness O=Offender D=Driver S=Suspect P=Police Officer T=TOT

| Status | Name | Sex | Race | Date Of Birth | Telephone | Address | Operator State & No. | Social Security No. |
|---|---|---|---|---|---|---|---|---|
| A | Szekeres, Steven | M | W | 06/16/1964 | (203) 372-5717 | 69 Goldenrod Ave. Bridgeport CT | CT 18634016 | -- |
| C | Dridi, Stephanie Ann | F | W | 07/15/1959 | (203) | 23 Ferridge Road West Hartford Ct | CT 07242455 | -- |
| H | Dridi, Chaker | M | U | 02/01/1964 | | 23 Ferridge Road Monroe CT | CT 14724456 | -- |
| H | Miller-Szekeres, Denise | F | W | 11/03/1970 | (203) 372-5717 | 69 Goldenrod Ave, Bridgeport Ct | CT 23602093 2 | -- |

On the above date and time, I was dispatched to 39 Hill Side Lane to see the complainant Stephanie Dridi, she reported her brother Steven Szekeres was evicted yesterday 01/31/2000. She wanted all the damage documented so she could file charges against her brother for damaging her mothers house. The damage I observed appeared to be caused by renovation not by someone being destructive. Approximately ten minutes later Steven Szekeres arrived at the house with his wife Denise Miller-Szekeres and driving a U-Haul truck. Steven reported he had until midnight tonight 02/01/2000 to remove all his belongings that is what he agreed to. Neither pary had any paper work from court to clarify who had control of the residence. After speaking to both parties several times it was decided Steven would be allowed to take all his possessions from the garage but would not be allowed into the house at this time, he would contact his lawyer in the morning to work out a solution for the rest of his belongings in the house. Szekeres backed the truck up to the garage and started loading his belongings with Sgt. Caulfield and this Ofc. watching. Szekeres then grabbed a ladder and started taking items from storage above the garage, he then climbed up into the crawl space and entered the house through a hole in the upstairs wall. He was warned several times he was only allowed into the garage and he agreed, he had no reason to enter the house or the bedroom. Stephanie Dridi was waiting with her husband Chaker Dridi in an upstairs bedroom where they were told to wait while Szekeres emptied the garage. They stated, Steven climbed up through the garage knocked down a piece of sheet rock to get into the bedroom, they told him to get out and yelled for us to come up. They said Szekeres never got closer than eight feet away, then he stated yelling "he hit me, he hit me" he then ran from the room back down the ladder and into the garage. I believe Steven Szekeres entered the house and bedroom to stag the incident to get his brother in-law arrested. I ran to the bedroom and observed Szekeres climbing down the ladder to the garage. In the garage I spoke with him and he stated he was punched in the face by his brother in law, Sgt Caulfield and myself observed him and saw no signs of redness or swelling about his face. Szekeres was placed under arrest for Disorderly Conduct handcuffed (double locked) and placed in the rear of my cruiser. I then asked Szekeres to exit the vehicle to check

Supervisor Signature: [signature]
Officer Signature: [signature]
Subscribed & Sworn Before Me: Notary
This ___ Day Of ___ Yr. ___

# CASE/INCIDENT REPORT

SUPPLEMENTARY

| COMPLAINT NO | INCIDENT DATE/DAY | | TIME | DATE OF REPORT | TIME OF REPORT | TYPE OF INCIDENT |
|---|---|---|---|---|---|---|
| 00000002463 | 2/1/00 | 3 | 18:01 | 02-01-2000 | 21:45 | GENERAL COMPLAINT |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO / LOCATION | TOWN CODE | INTERSECTING STREET NAME AND TYPE |
|---|---|---|---|---|
| 00039 | Hillside La Monroe | | 085 | |

| INCIDENT CODE | INVESTIGATING OFFICER | REFERRALS | BADGE NO | DIVISION | TYPIST | DATE TYPED | TIME TYPED | UNIT ID |
|---|---|---|---|---|---|---|---|---|
| 071 | HOWARD, PETER Youth Officer | | 045 | Support Services | PHOWARD | 02/01/2000 | 20:52 | |

him for weapons, as he was exiting the vehicle with my assistance, he went limp after putting both feet on the ground, dropping to the pavement bumping his knee. He was patted down for weapons (none found) then returned to my vehicle and transported to HQ. Exiting the vehicle at HQ Szekeres didn't complain of any injury, while walking into HQ he showed no signs of limping.

At HQ Szekeres was read and signed his rights, and the started to complain about soreness to his face and his knee, EMS was called a examined him. EMS stated they could not determine if there was any damage to his knee and it would have to be ex-rayed at the hospital, they also stated there was no visual signs of trauma to Szekeres's face. I completed processing Szekeres he was issued UAR #1149766, for (CGS 53a-182) Disorderly Conduct, given a court date for 02/02/2000 at 172 Golden Hill Street Bpt. Ct. Released on a PTA then transported to Bridgeport Hospital by Monroe EMS.

| Supervisor Signature | Officer Signature | Subscribed & Sworn Before Me: Notary |
|---|---|---|
| [signature] | Ofc Peter Howard 45 | This ___ Day Of ___ Yr ___ |

# Monroe Police Department

Incident No. **2000-2463**   Date **02/01/2000**   Time Started **18:20hrs**   Time Ended **19:30**

I, **Chaker Dridi**, date of birth **2-1-1964**
of **23 Fernridge Rd**, town/city of **West Hartford CT**

make the following statement, without fear, threat, or promise, knowing that it may be used against me in court. I have been advised of my right to remain silent, that I have a right to consult with an attorney prior to any questioning and to have the attorney present during the questioning; that, if I do talk to the police, I can terminate the questioning at any time; that if I cannot afford an attorney, one will be appointed for me by the court. I understand the above rights and, at this time, waive them. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

I Chaker Dridi, am having my wife write out the report since my English written is not too good. We were in the master bedroom and heard noise coming from the attic. I walked thru the master bedroom closet and stood to the left of the doorway in the sheetrocked storage area with my wife behind me. My brother-in-law, Steven Szekeres, came through the Garage attic and knocked down the sheet rock wall separating the Garage attic from bedroom storage. I told him he was not allowed in house, we yelled for the officers. Steven started yelling and spinning around saying "He hit me." I did not leave my wife's side and we left the room when the officers came in.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____   Signature: _Chaker Dridi_

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
If notarized, endorse here: _Sgt. Murf J. Caulfield *8 M.P.D._

Page 1 of

## Monroe Police Department

Incident No. **2600-2463**   Date **02/01/2000**   Time Started **19:20**   Time Ended **19:31**

I, **Stephanie Ann Dridi**, date of birth **7-15-59**
of **23 Fernridge Rd**, town/city of **West Hartford**

make the following statement, without fear, threat, or promise, knowing that it may be used against me in court. I have been advised of my right to remain silent, that I have a right to consult with an attorney prior to any questioning and to have the attorney present during the questioning; that, if I do talk to the police, I can terminate the questioning at any time; that if I cannot afford an attorney, one will be appointed for me by the court. I understand the above rights and, at this time, waive them. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

---

Feb. 1, 2000 approx 7:10 pm. I was standing in the Master Bedroom closet of 39 Hillside Lane Monroe CT looking through the doorway into the sheetrocked attic storage space when my brother came up through the Garage Attic, entered the bedroom storage area knocking down the sheetrocked wall. My husband Chafer was standing to the left of the closet doorway in the sheetrock room. We both called out for police, my husband was at my side + did not approach my brother. My brother started yelling "He punched me" even though my husband was at least 8 feet away. Steven started acting out of control screaming and I became scared for my safety and was not sure what he was going to do next.

---

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____   Signature: **Stephanie Dridi**
Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
Notarized, endorse here: **Sgt. Mark J. Caulfield #8 M.P.D.**

Page 1 of