FILED

Nov 3  3 16 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEVEN SZEKERES, ET AL. | : | **Lead Docket Number** |
| | : | 3:01CV2099 (MRK) |
| VS. | : | |
| | : | |
| DENISE C. SCHAEFFER, ET AL. | : | |
| | | |
| STEVEN SZEKERES, ET AL. | : | Member Case |
| | : | 3:01CV2108(MRK) |
| VS. | : | |
| | : | |
| PETER HOWARD, ET AL. | : | NOVEMBER 3, 2003 |

## PLAINTIFFS' SUPPLEMENTARY MEMORANDUM IN OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT IN LEAD CASE

The evidence before the court establishes (1) that defendant Schaeffer, contrary to her representations in support of her present motion, held herself out to the police as being a court official, to wit, the court's Victim Advocate (affidavit of Detective Halapin and Lt. Flick); (2) that defendant Schaeffer affirmatively represented to the police that they should get a warrant to search for and seize a gun from the plaintiff (Ibid.); (3) that defendant Schaeffer affirmatively represented to the police that they should take such action because the plaintiff Szekeres was "paranoid schizophrenic" (Ibid.); (4) that the only reason the police sought the search warrant was the representations of defendant Schaeffer (Ibid.); (5) that the representations of defendant Schaeffer were false (Report of Dr. Berkowitz;

November 30, 1999, court transcript); and (6) that defendant Schaeffer was in the habit of holding herself out as a court official, even doing so in her appearance before the Superior Court (Id. p. 7).

The plaintiffs have responded to the supplementary submissions of the defendants by providing the court, herewith: (1) a copy of the search warrant and supporting affidavit of Detective Halapin and Lt. Flick; (2) a copy of the psychiatric report of Dr. Berkowitz attesting to the falsity of defendant Schaeffer's claims; (3) a transcript of court proceedings in West Hartford showing that defendant Schaeffer even held herself out to that court as a public official.

The supplementary evidence shows that defendant Schaeffer is far from the innocent dupe of an avenging mother and sister which today she claims to be. Indeed, she and she alone procured the search warrant, as the two police officers have sworn. She did in fact claim to be a court official in order to get them to do that. And, further, she made false and baseless representations about the plaintiff which came from her own febrile imagination and not from the plaintiff's mother.

The additional evidence now before the court demonstrates that defendant Schaeffer is the most culpable and the most malicious of all the defendants in this case. The motions for summary judgment must be denied.

Respectfully submitted:

JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
TELEPHONE: 203.562.9931
FAX: 203.776.9494
E-MAIL: jrw@johnrwilliams.com
Attorney for Plaintiffs

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to William J. Melley, III, Esq., 250 Hudson Street, Hartford, CT 06106; John F. McKenna, Esq., 68 South Main Street, West Hartford, CT 06107; Michael C. Conroy, Esq., Gordon, Muir and Foley, LLP, Ten Columbus Boulevard, Hartford, CT 06106-1976; Zbigniew S. Rozbicki, Esq., P. O. Box 419, Torrington, CT 06790; and Michael C. Deakin, Esq., Law Offices of Peter D. Clark, 525 Bridgeport Avenue, Shelton, CT 06484.

JOHN R. WILLIAMS