FILED

Oct 29  2 03 PH '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

```
* * * * * * * * * * * * * * * * * * * * * *
STEVEN SZEKERES and               *
DENISE MILLER                     *
                                  *
              Plaintiffs          *
      Vs.                         *
                                  *
DENISE C. SCHAEFFER, ET AL        *
                                  *
              Defendants          *
* * * * * * * * * * * * * * * * * * * * * *
```

**LEAD DOCKET NO.**
CIVIL NO. 3:01 CV2099(MRK)

```
* * * * * * * * * * * * * * * * * * * * * *
STEVEN SZEKERES and               *
DENISE MILLER                     *
                                  *
              Plaintiffs          *
      Vs.                         *
                                  *
PETER HOWARD, ET AL               *
                                  *
              Defendants          *
* * * * * * * * * * * * * * * * * * * * * *
```

**MEMBER CASE**
CIVIL NO. 3:01CV2108(MRK)

OCTOBER 28, 2003

## SUPPLEMENTAL EXHIBITS TO DEFENDANTS'
## MOTIONS TO DISMISS

As per the Court's instruction of October 27, 2003, the defendants Joyce

Szekeres, Stephanie Ann Dridi, and Chaker Dridi, submit herewith copies of the

plaintiffs' Complaint dated February 23, 2000, Withdrawal of Count II of said Complaint,

and plaintiff's Complaint dated April 12, 2000, filed in the Superior Court, Housing

Session at Bridgeport, Docket No. 1006022, marked Exhibits A, B and C, respectively,

to supplement their Renewed Motion To Dismiss the plaintiffs' State causes of action.

> DEFENDANTS, JOYCE SZEKERES, STEPHANIE
> ANN DRIDI and CHAKER DRIDI
>
> By _____
> Zbigniew S. Rozbicki - Fed. Bar ct10342
> P.O. Box 419, Torrington, CT 06790
> (860)489-0469 - Fax (860) 496-7903

## CERTIFICATION

THIS IS TO CERTIFY that on the 28th day of October, 2003, a copy of the foregoing Supplemental Exhibits To Renewed Motion To Dismiss with attached Exhibits was sent by first class mail, postage prepaid, to all counsel of record:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Michael C. Deakin, Esq.
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484

William J. Melley, III, Esq.
Kenney, Brimmer, Melley & Mahoney
5 Grand Street
Hartford, CT 06106

John F. McKenna, Esq.
Goodman, Rosenthal & McKenna, P.C.
68 South Main Street
West Hartford, CT 06107

Michael C. Conroy, Esq.
Scott D. Camassar, Esq.
Gordon, Muir & Foley LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976

_____
Zbigniew S. Rozbicki

RETURN DATE        :   SUPERIOR COURT

STEVEN SZEKERES & DENISE MILLER  :   HOUSING SESSION

    VS.          :   AT BRIDGEPORT

JOYCE SZEKERES, ET AL     :   FEBRUARY 23, 2000

### COMPLAINT

#### COUNT I:

1. On or about February 1, 2000, and prior thereto, the plaintiffs Steven Szekeres and Denise Miller were in lawful and actual possession and lived at the premises known 39 Hillside Lane, Monroe, Connecticut. Said property was owned by the defendant, Joyce Szekeres.

2. On said date, the plaintiffs arrived home to find the defendants Stephanie & Chaker Dridi had, with force and strong hand illegally entered the plaintiffs' home and changed the locks. The defendants would not let the plaintiffs enter, thereby depriving them of their residence and belongings. The defendants were accompanied by a police officer.

3. The defendant Stephanie Dridi is the natural daughter of the defendant owner, Joyce Szekeres. At all times herein mentioned, the defendants Stephanie and Chaker Dridi were acting as the agents/servants and/or at the direction of the defendant Joyce Szekeres with her full authority and consent.

EXHIBIT A

PJR

LAW OFFICES
GANIM, GANIM, GANIM, P.C.
4666 MAIN STREET • BRIDGEPORT, CONNECTICUT 06606 • (203) 372-7772 • JURIS #021668

4. From the date of the entry set forth above to the present time, the defendants have unjustly and with strong hand, held and detained the same with force, and kept and still keeps the plaintiffs out of the possession thereof.

5. That the defendants have taken control and possession of the plaintiffs' personal property located within the above premises and have converted same to their own use, or have destroyed same all of which have caused the plaintiffs significant damages.

6. That the plaintiffs have been forced to obtain legal representation to redress the defendants illegal entry and conversion of their personal effects, all at a significant cost to them for which they claim damages.

7. As a result of said illegal entry, the plaintiff, Steven Szekeres was arrested and has had, and will have to, incur significant legal expenses and inconveniences in connection with his defense. Moreover, the plaintiff has been embarrassed and humiliated by said incident.

8. This action is brought pursuant to Connecticut General Statute 47a-43 to which the plaintiffs seek damages.

**COUNT II**:

1-8   Paragraphs 1-8 of the First Count are hereby incorporated by reference and made Paragraphs 1-8, of this, the Second Count.

9.   At the time of said incident, the plaintiff Steven Szekeres was physically assaulted by the defendant Chaker Dridi causing him personal injuries and resulting in the need for

LAW OFFICES
GANIM, GANIM, GANIM, P.C
4668 MAIN STREET • BRIDGEPORT, CONNECTICUT 06606 • (203) 372-7772 • JURIS #021668

PJR

medical treatment. The plaintiff has sustained costs and damages in connection with the same.

## COUNT III:

1-9  Paragraphs 1-9 of the Second Count are hereby incorporated by reference and made Paragraphs 1-9, of this, the Third Count.

10.  The actions of the defendants constitute a violation of the Connecticut Unfair Trade Practices Act (Connecticut General Statutes Section 42-110a) for which the plaintiffs claim damages.

**WHEREFORE**, the plaintiffs claim:

1. Damages in accordance with 47a- 45a of the Connecticut General Statutes.

2.  Damages in accordance with Connecticut General Statutes Section 42-110a.

3.  Any and all other relief as the Court deems appropriate.

THE PLAINTIFFS

By_____
Thomas G. Ganim
Ganim, Ganim & Ganim, P.C.
4666 Main Street
Bridgeport, CT 06606
Tel. No.: (203) 372-7772
Juris No.: 021668

PJR

A TRUE COPY
ATTEST

WALTER KUPCHUNOS, JR.
COUNTY OF HARTFORD SHERIFF

# WITHDRAWAL
JD-CV-41 Rev. 1-97

## STATE OF CONNECTICUT
## SUPERIOR COURT
**COMPLETE ALL SECTIONS BELOW**

| DOCKET NO. |
|---|
| RETURN DATE |

**NAME OF CASE** *(FIRST-NAMED PLAINTIFF VS. FIRST- NAMED DEFENDANT)*

Szekeres, Steven ET.AL. vs Szekeres, Joyce et.Al.

| | | | | |
|---|---|---|---|---|
| ☐ | Judicial District | ☒ Housing Session | ☐ G.A. No. | **ADDRESS OF COURT** *(No., street, town and zip code)* 172 Golden Hill St |

**SECTION I** *(check only one box)* **THIS WITHDRAWAL IS BEING FILED BECAUSE THE DISPUTE HAS BEEN RESOLVED BY:**

### I. COURT-ANNEXED ADR

| | | |
|---|---|---|
| 411088 | ☐ | Early Intervention |
| 411089 | ☐ | Early Neutral Evaluation |
| 411090 | ☐ | Attorney Trial Referee |
| 411091 | ☐ | Fact-Finding |
| 411093 | ☐ | Arbitration |
| 411094 | ☐ | Mediation |
| 411095 | ☐ | Special Masters |
| 411096 | ☐ | Summary Jury Trial |

### II. COURT INTERVENTION

| | | |
|---|---|---|
| 411098 | ☐ | Pretrial Conference |
| 411099 | ☐ | Trial Management Conference |
| 411100 | ☐ | Commencement of Trial **(court trial - first witness sworn; jury trial - trial jurors sworn)** |

### III. PRIVATE ADR

| | | |
|---|---|---|
| 411102 | ☐ | Provider Name: _____ |

### IV. OTHER

| | | |
|---|---|---|
| 411103 | ☐ | Discussion of Parties on Their Own |

**SECTION II**                  **WITHDRAWAL**

*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

- - - - - - - - - - - - - - - - - - - - - - - - **DISPOSITIVE** - - - - - - - - - - - - - - - - - - - - - -

| (WDACT) | ☐ | The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party. |
|---|---|---|
| (WOARD) | ☐ | A judgment has been rendered against Defendant(s): |

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

- - - - - - - - - - - - - - - - - - - - - - - - - **PARTIAL** - - - - - - - - - - - - - - - - - - - - - - - -

**The**

| (WDCOMP) | ☐ | Complaint |
|---|---|---|
| (WDCOUNT) | ☒ | Counts of the complaint: Count II of Complaint only |
| (WDCOMP) | ☐ | Intervening Complaint |
| (WDTHPC) | ☐ | Third Party Complaint |
| (WAPPCOM) | ☐ | Apportionment Complaint |
| (WDCC) | ☐ | Cross Complaint (cross claim) |
| (WOC) | ☐ | Counterclaim |
| (WOAAP) | ☐ | Plaintiff(s): _____ |
| WOAAD | ☐ | Complaint against defendant(s): _____ only w/o costs |
| | ☐ | Other: _____ |

**In the above entitled action is withdrawn.**

**SIGNATURE REQUIRED**

| Plaintiff | _____ | ; By _____ | Attorney |
|---|---|---|---|
| Plaintiff | _____ | ; By _____ | Attorney |
| Defendant | _____ | ; By _____ | Attorney |
| Defendant | _____ | ; By _____ | Attorney |

**NAME & ADDRESS OF SIGNER:** ➡

**SECTION III**                  **CERTIFICATION**

| I hereby certify that a copy was mailed/delivered to all counsel and pro se parties of record on: | **DATE** 3/20/00 | **SIGNED** *(Individual attorney or pro se party)* X _____ | **PHONE NO.** *(area code first)* ( ) |
|---|---|---|---|
| **NAME OF EACH PARTY SERVED** * | | **ADDRESS AT WHICH SERVICE WAS MADE** * | |

\* *If necessary, attach additional sheet with names of each party served and the address at which service was made.*

### EXHIBIT B

RETURN DATE : MAY 2, 2000      :    SUPERIOR COURT

STEVEN SZEKERES & DENISE MILLER  :    HOUSING SESSION

    VS.           :    AT BRIDGEPORT

JOYCE SZEKERES, ET AL      :    APRIL 12, 2000

<strong><u>COMPLAINT</u></strong>

<u>COUNT I</u>:

  1.  On or about February 1, 2000, and prior thereto, the plaintiffs Steven Szekeres and Denise Miller were in lawful and actual possession and lived at the premises known 39 Hillside Lane, Monroe, Connecticut. Said property was owned by the defendant, Joyce Szekeres.

  2.  On said date, the plaintiffs arrived home to find the defendants Stephanie & Chaker Dridi had, with force and strong hand illegally entered the plaintiffs' home and changed the locks.   The defendants would not let the plaintiffs enter, thereby depriving them of their residence and belongings. The defendants were accompanied by a police officer.

  3.  The defendant Stephanie Dridi is the natural daughter of the defendant owner, Joyce Szekeres.  At all times herein mentioned, the defendants Stephanie and Chaker Dridi were acting as the agents/servants and/or at the direction of the defendant Joyce Szekeres with her full authority and consent.

complaint        EXHIBIT C

LAW OFFICES
GANIM, GANIM, GANIM, PC
4666 MAIN STREET • BRIDGEPORT, CONNECTICUT 06606 • (203) 372-7772 • JURIS #021688

LAW OFFICES
GANIM, GANIM, GANIM, PC
4666 MAIN STREET • BRIDGEPORT, CONNECTICUT 06606 • (203) 372-7772 • JURIS #021668

4. From the date of the entry set forth above to the present time, the defendants have unjustly and with strong hand, held and detained the same with force, and kept and still keeps the plaintiffs out of the possession thereof.

5. That the defendants have taken control and possession of the plaintiffs' personal property located within the above premises and have converted same to their own use, or have destroyed same all of which have caused the plaintiffs significant damages.

6. That the plaintiffs have been forced to obtain legal representation to redress the defendants illegal entry and conversion of their personal effects, all at a significant cost to them for which they claim damages.

7. As a result of said illegal entry, the plaintiff, Steven Szekeres was arrested and has had, and will have to, incur significant legal expenses and inconveniences in connection with his defense. Moreover, the plaintiff has been embarrassed and humiliated by said incident.

8. This action is brought pursuant to Connecticut General Statute 47a-43 to which the plaintiffs seek damages.

**COUNT II:**

1-9    Paragraphs 1-9 of the First Count are hereby incorporated by reference and made Paragraphs 1-9, of this, the Second Count.

complaint

10.  The actions of the defendants constitute a violation of the Connecticut Unfair Trade Practices Act (Connecticut General Statutes Section 42-110a) for which the plaintiffs claim damages.

complaint



**WHEREFORE,** the plaintiffs claim:

1. Damages in accordance with 47a- 45a of the Connecticut General Statutes.

2. Damages in accordance with Connecticut General Statutes Section 42-110a.

3. Any and all other relief as the Court deems appropriate.

THE PLAINTIFFS

By_____
Thomas G. Ganim
Ganim, Ganim & Ganim, P.C.
4666 Main Street
Bridgeport, CT 06606
Tel. No.: (203) 372-7772
Juris No.: 021668

A TRUE COPY
ATTEST

WALTER KUPCHUNOS, JR.
SHERIFF
COUNTY OF HARTFORD

complaint

*(sidebar, left margin, rotated:)* LAW OFFICES GANIM, GANIM, GANIM, P.C. 4666 MAIN STREET • BRIDGEPORT, CONNECTICUT 06606 • (203) 372-7772 • JURIS #021668