Consoli dated w/ 3:03 cv 2108(mrk)

HONORABLE M. R. Kravitz   CT/cvmhrg (January 10, 2002)
DEPUTY CLERK K. Ghilardi   RPTR/ERO/TAPE R. Rodko
TOTAL TIME: 1 hours 35 minutes

Szekeres et al

Szekeres

Howard et al   vs.

Schaefer

DATE Oct 27, 2003   START TIME 9:05   END TIME 10:40
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 3:01 cv 2099 mRK (Lead)

☑ SEE ATTACHED CALENDAR FOR COUNSEL

_____ Plaintiffs Counsel
_____ Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrgh) Motion Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (mischrg.) Miscellaneous Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

| # | Motion | granted | denied | advisement |
|---|---|---|---|---|
| #55 | Sum Jud. Def Dridi | ☐ | ☐ | ☑ |
| #70 | " " Def Caufield, Howard | ☐ | ☐ | ☑ |
| #36 | " " Def Schaeffer | ☐ | ☐ | ☑ |
| #59 | " " Pla Szekeres | ☐ | ☐ | ☑ |
| #50 | Sup mot SJ Def Schaeffer | ☐ | ☑ moot | ☐ |
| # | Motion | ☐ | ☐ | ☐ |
| # | Motion | ☐ | ☐ | ☐ |
| | Oral Motion | ☐ | ☐ | ☐ |
| | Oral Motion | ☐ | ☐ | ☐ |
| | Oral Motion | ☐ | ☐ | ☐ |
| | Oral Motion | ☐ | ☐ | ☐ |

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

Order: either side police Rpt / week

Letter D. Miller by Nov 16th

Order: File complaint in Housing court.

filed / docketed (multiple)

Hearing continued until _____ at _____

**3:01-cv-02099-MRK** Szekeres, et al v. Schaeffer, et al
Mark R. Kravitz, presiding
Date filed: 11/09/2001 **Date of last filing:** 10/21/2003

# Attorneys

**Peter D. Clark**
Law Office of Peter D. Clark
525 Bridgeport Ave.
Shelton, CT 06484
203-925-9688
  *Assigned: 06/04/2003*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing   **Peter Howard**
*(Consol Defendant)*

~~Michael C. Conroy~~
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-1976
860-525-5361
  *Assigned: 10/04/2002*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing   **Joyce Szekeres**
*(Defendant)*

Atty Scott D. Camassar

**Michael Cuff Deakin**
Law Office of Peter D. Clark
525 Bridgeport Ave.
Shelton, CT 06484
203-925-9688
  *Assigned: 06/04/2003*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing   **Mark Caufield**
*(Consol Defendant)*

**Peter Howard**
*(Consol Defendant)*

**John M. McKenna**
Goodman, Rosenthal & McKenna
68 South Main St.
West Hartford, CT 06107-2445
860-231-2800
  *Assigned: 12/19/2001*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing   **Denise C. Schaeffer**
*(Defendant)*

**William J. Melley, III**
Law Offices of William J. Melley, III
250 Hudson Street
Hartford, CT 06106

representing   **Stephanie Ann Dridi**
*(Defendant)*

860-247-9933
*Assigned: 12/26/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Assigned: 06/04/2003*   representing   **Chaker Dridi**
*LEAD ATTORNEY*                         *(Consol Defendant)*
*ATTORNEY TO BE NOTICED*

**Stephanie Ann Dridi**
*(Consol Defendant)*

**Melissa Geetter Melnick**   representing   **Joyce Szekeres**
Gordon, Muir & Foley                        *(Defendant)*
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-1976
860-525-5361
*Assigned: 10/20/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

✓ **Zbigniew Stanley Rozbicki**   representing   **Joyce Szekeres**
Rozbicki & Associates                           *(Defendant)*
100 East Main St.
Torrington, CT 06790
489-0469
*Assigned: 12/26/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie Ann Dridi**
*(Defendant)*

*Assigned: 06/04/2003*   representing   **Chaker Dridi**
*LEAD ATTORNEY*                         *(Consol Defendant)*
*ATTORNEY TO BE NOTICED*

**Stephanie Ann Dridi**
*(Consol Defendant)*

✓ **John R. Williams**   representing   **Denise Miller**
Williams & Pattis                       *(Plaintiff)*
51 Elm St.
Ste. 409
New Haven, CT 06510
203-562-9931
*Assigned: 11/09/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Szekeres**
*(Plaintiff)*

*Assigned: 06/04/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Denise Miller**
*(Consol Plaintiff)*

**Steven Szekeres**
*(Consol Plaintiff)*