**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

STEVEN SZEKERES and
DENISE MILLER

        v.                                        Civil No.  3:01cv2099 MRK

DENISE C. SCHAEFFER,
JOYCE SZEKERES and
STEPHANIEANN DRIDI

## <u>JUDGMENT</u>

       This matter came before the Hon. Mark R. Kravitz United States District Judge as a result of defendants Motions for Summary Judgment (doc. #36, #55 and #59 respectively).  The Court has reviewed all the papers submitted in connection with the motions and on January 23, 2004  in a Memorandum of Decision, granted the relief in the lead case as to all federal law claims in the complaint, declined to exercise supplemental jurisdiction over any remaining state law claims and dismissed all remaining claims against all defendant's in the lead case.

       Therefore, it is hereby ORDERED and  ADJUDGED that the defendants' Motions for Summary Judgment are granted in the lead case, the complaint is dismissed and the lead case is closed.

       Dated at New Haven, Connecticut, this 29th day of January, 2004.

                                   KEVIN F.  ROWE, CLERK
                                   By
                                     /s/ Kenneth R. Ghilardi
                                   Kenneth R. Ghilardi
                                   Deputy Clerk

EOD_____