United States District Court
District of Connecticut
FILED AT        NEW HAVEN

OcT. 27 ...........20 03
Kevin F. Rowe, Clerk

By.....................
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STEVEN SZEKERES and          :
DENISE MILLER                :      CIVIL ACTION NO.
                             :      3:01CV2099(MRK)
VS.                          :
                             :
DENISE C. SCHAEFFER,         :
JOYCE SZEKERES and           :      OCTOBER 27, 2003
STEPHANIE ANN DRIDI          :

**APPEARANCE**

To:    United States District Court
       Office of the Clerk
       141 Church Street
       New Haven, CT  06510

Please enter my Appearance in the above-entitled action as Counsel for **Defendant, Joyce Szekeres,** in addition to the appearance of any other counsel of record for said defendant.

Dated at Hartford this 27th day of October, 2003.

SCOTT D. CAMASSAR
Fed. Bar No. ct16160
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106-1976
(860) 525-5361

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976

TELEPHONE (860) 525-5361              FACSIMILE (860) 525-4849              JURIS No. 24029

## CERTIFICATION

This is to certify that a copy of the foregoing was hand-delivered to the following counsel of record on October 27, 2003:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

William J. Melley, III, Esq.
Kenny, Brimmer, Melley & Mahoney
5 Grand Street
Hartford, CT 06106

Zbigniew S. Rozbicki, Esq.
Rozbicki & Associates
100 East Main Street
Torrington, CT 06790

United States District Court
Office of the Clerk
141 Church Street
New Haven, CT  06510

_____
SCOTT D. CAMASSAR

::ODMA\PCDOCS\DOCS\346593\1