UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN SZEKERES and
DENISE MILLER

v.

DENISE C. SCHAEFFER,
JOYCE SZEKERES and
STEPHANIEANN DRIDI

LEAD CASE
Civil No. 3:01cv2099 MRK

STEVEN SZEKERES and
DENISE MILLER

v.

PETER HOWARD,
CHAKER DRIDI,
MARK CAUFIELD,
STEPHANIEANN DRIDI

MEMBER CASE
Civil No. 3:01cv2108 MRK

## JUDGMENT

This matter came before the Hon. Mark R. Kravitz United States District Judge as a result of defendants Peter Howard and Mark Caufield's Motion for Summary Judgment and defendants Stephanie Ann Dridi and Chaker Dridi, Motion for Reconsideration. The Court has reviewed all the papers submitted in connection with the motions and on March 26, 2004, entered a Memorandum of Decision granting defendants Peter Howard and Mark Caufield's Motion for Summary Judgment, granting defendants Stephanie Ann Dridi and Chaker Dridi's Motion for Reconsideration and declining to exercise supplemental jurisdiction over state law claims and dismissing without prejudice to renewal in state court all state law claims against all defendants in 3:01cv2108 (MRK).

On April 12, 2002 an Endorsement Ruling entered by the Honorable Robert N. Chatigny, Chief United States Judge, granting the Dridi defendants Motion to Dismiss as to the plaintiffs' constitutional claims.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the defendants in the member case and the member case is closed

Dated at New Haven, Connecticut, this 5th day of April, 2004.

KEVIN F. ROWE, CLERK
By

Kenneth R. Ghilardi
Deputy Clerk

EOD